# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 18, 2016

153951 & (65)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

TIFFANY DENISE JONES,
               Plaintiff-Appellee,

v

PHILLIP LAMAR PEAKE,
               Defendant-Appellant.

SC: 153951
COA: 328566
Oakland CC: 2013-811123-DP

_____/

On order of the Court, the motion to consolidate cases is DENIED. The application for leave to appeal the March 10, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 18, 2016



Clerk

p0928